ALBERT ALTMAN, Appellant, v. ETHEL ALTMAN, Respondent.— Order granting motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell and Davis, JJ., concur; Scudder, J., dissents.

FANNIE ATLAS and SARAH NEWMAN, Appellants, v. R. & E. HOLDING CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

HARRY BELL, Respondent, v. HENRY W. PHELPS, Appellant, and CHARLES C. FIELD, Defendant.— Order, in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, requiring plaintiff to furnish the particulars specified in item No. 7 of the notice of motion. (Aub v. Hoffman, 120 App. Div. 50; Squires v. Kissam, 121 id. 607; Pace v. Amend, 164 id. 209; Gormly v. Smith, 165 id. 169; Hart v. Terri, Inc., 217 id. 717.) Particulars to be furnished within ten days from service of a copy of the order herein. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

CHARLES BERLIN, Respondent, v. SEA BREEZE FOUNDATION, INC., Appellant, Impleaded with SEA BREEZE BEACH CLUB and Another, Defendants, and JACOB STRAUSS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

FANNIE BILLIG, Respondent, v. BOSTON SHOE MARKET, INC., and ISRAEL A. SNITZER, Appellants.— Order of Appellate Term affirming judgment of the Municipal Court, Borough of Queens, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

MAUD E. BOETZEL, Respondent, v. ERIC L. BOETZEL, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

SOLOMON BRUCHANSKY, Appellant, v. MORRIS ZAAGER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

DAVID BUTENSKY, Respondent, v. JACOB KLEIN, Appellant.— Order granting summary judgment and judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied, without costs, upon the ground that in our opinion there is an issue of fact to be tried. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

FLORENCE C. BUTTINI, Respondent, v. FRANK BUTTINI, Appellant.— Order granting plaintiff's motion for alimony pendente lite affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

THE E. D. CHITTENDEN COMPANY, Respondent, v. FRANK ROMANASKY and ANNIE ROMANASKY, His Wife, and ROBERT X. KUZMIER, Appellants.— Judgment unanimously affirmed, without costs. Findings of fact numbered XV and XVII are reversed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.